IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| MARSHALL ALAN VAN DYKE, #1085853 | § § § |
| v. | § CIVIL ACTION NO. G-03-261 § (Consolidated with G-03-262 and §   G-03-263) § |
| DOUG DRETKE, DIRECTOR OF TDCJ-CID | § § § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 4th day of November, 2005.

_____
Samuel B. Kent
United States District Judge